AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAMMY BONAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-024

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 24, 2020, Defendant's Motion for Entry of Judgment, Reversal, and Remand is GRANTED, and the decision of the Commissioner of Social Security is REVERSED. This cause is REMANDED to the Commissioner for further consideration. This civil action stands CLOSED.

04/24/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/1/03